1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CHRIS LANGER, | Case: 2:16-CV-00577-CBM-JEMx |
|---|---|
| Plaintiff, | **ORDER** |
| v. | [JS-6] |
| ART'S DELICATESSEN, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

### ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

*[signature]*

Dated: March 10, 2016

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1